## **CERTIFICATE OF SERVICE**

I hereby certify that the document listed below will be served on September 18, 2013, upon the persons listed below by causing electronic copies in pdf format to be transmitted via the NEF procedure, and in non-pdf format by e-mail to the Magistrate Judge's Department (for the [proposed] ORDER), to such persons who are CM/ECF users and have thus "consent[ed] to electronic service through the court's transmission facilities" *(ECF Administrative Policies and Procedures Manual* at Section 2 (d) (2) ¶ 1), and who have provided the email addresses for certain attorneys of the law firm of record for Plaintiff.

---

### LIST OF DOCUMENTS

1. JOINT MOTION RE: NOTICE TO PUTATIVE CLASS MEMBERS AS TO DISCLOSURE OF CONTACT INFORMATION; and PROTECTIVE ORDER FOR DISCLOSED CONTACT INFORMATION.

---

/ / /

/ / /

/ / /

/ / /

**Attorneys for plaintiff Elena Selk**:

William B. Sullivan
Eric K. Yaeckel
Lara A. Prodanovich
SULLIVAN LAW GROUP, LLP
2330 Third Avenue
San Diego, CA  92101
helen@sullivanlawgroupllp.com
yaeckel@sullivanlawgroupllp.com
lprodanovich@sullivanlawgroupllp.com

I declare under penalty of perjury under the laws of the State of California and applicable federal laws that the foregoing is true and correct. Executed at San Diego, California, on this 18th day of September, 2013.

        HORTON, KNOX, CARTER & FOOTE, LLP

        s/Margarita Haugaard
        _____
        Orlando B. Foote
        Margarita Haugaard
        Attorneys for defendant
        PIONEERS MEMORIAL HEALTHCARE DISTRICT,
        a local health care district