1  ORLANDO B. FOOTE, Bar No. 031275
   ofoote@hkcf-law.com
2  MARGARITA HAUGAARD, Bar No. 159199
   mhaugaard@hkcf-law.com
3  HORTON, KNOX, CARTER & FOOTE, LLP
   1230 Columbia Street, Suite 5500
4  San Diego, CA  92101
   Telephone:  619.595.0220
5  Facsimile:  619.595.0225

6  JOHN S. ADLER, Bar No. 060398
   jadler@littler.com
7  ADAM ROSENTHAL, Bar No. 246722
   arosenthal@littler.com
8  LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
9  San Diego, CA  92101.3577
   Telephone:  619.232.0441
10 Facsimile:  619.232.4302

11 Attorneys for Defendant
   PIONEERS MEMORIAL HEALTHCARE
12 DISTRICT, a local health care district erroneously
   sued as a business entity, form unknown
13

14              UNITED STATES DISTRICT COURT

15              SOUTHERN DISTRICT OF CALIFORNIA

16 | ELENA SELK, individually and on behalf of other members of the general public similarly situated, | Case No.  13CV0244 DMS BGS
17 |
18 |                    Plaintiff,
19 | v.                                                                                                 | **NOTICE OF APPEARANCE OF COUNSEL**
20 | PIONEERS MEMORIAL
21 | HEALTHCARE DISTRICT, a business entity, form unkown, and DOES 1-50,
22 | inclusive,
23 |                    Defendants.

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

NOTICE OF APPEARANCE                           Case No.  13CV0244 DMS BGS

TO THE COURT AND ALL COUNSEL OF RECORD:

Please take notice that John S. Adler of Littler Mendelson, P.C. requests to be <u>added</u> to the Court's service list as counsel for Defendant PIONEERS MEMORIAL HEALTHCARE DISTRICT in the above-entitled case, as follows:

> John S. Adler
> Littler Mendelson, P.C.
> 501 West Broadway, Suite 900
> San Diego, CA  92101
> Telephone:  (619) 232-0441
> Facsimile:   (619) 232-4302
> Email:  jadler@littler.com

Dated:  November 13, 2013

*/s/ John S. Adler*
JOHN S. ADLER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PIONEERS MEMORIAL
HEALTHCARE DISTRICT

Firmwide:124137853.1 079380.1000

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

NOTICE OF APPEARANCE         2.         Case No.  13CV0244 DMS BGS